# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>EL NOV, LLC, a California Limited Liability Company; EL NOVILLERO RESTAURANT, INC., a California Corporation; and Does 1-10,<br><br>         Defendants. | Case: 2:15-CV-00143-MCE-EFB<br><br>**ORDER** |

Pursuant to the parties' signed stipulation (ECF No. 10), this action is DISMISSED with prejudice, each party to bear their own attorneys' fees and costs. The Settlement Conference scheduled for August 17, 2015 is hereby VACATED. The Clerk of the Court is directed to close this action.

Dated: August 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT